

Mar 10 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: MOTION TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT | ) ) ) ) ) | No. 3:22-SW- 39 <br><br> UNDER SEAL |

## GOVERNMENT'S MOTION TO SEAL

Pursuant to Rule 49(B) of the Local Criminal Rules for this Court, the United States, by and through its attorneys, Jessica D. Aber, United States Attorney, and Kenneth R. Simon, Jr., Assistant United States Attorney, hereby moves the Court to issue an order sealing the corresponding affidavit, application, search warrant, and memorandum in support of sealing based on the authority cited in the accompanying memorandum in support for a period of two years.

WHEREFORE, it is requested that this Motion be granted.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: KENNETH SIMON
Digitally signed by KENNETH SIMON
Date: 2022.03.10 11:25:43 -05'00'

Kenneth R. Simon, Jr.
Assistant U. S. Attorney