AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>ONE Samsung cellular telephone, IMEI<br>354991110513423, More Fully Described in<br>Attachment A | Case No. 3:22SW 39 |

FILED Mar 12 2024 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Eastern__ District of __Virginia__
*(identify the person or describe the property to be searched and give its location)*:

ONE Samsung cellular telephone, IMEI 354991110513423, more fully described in Attachment A. The cell phone is currently located at the FBI Field Office, 1970 E. Parham Road, Richmond, Virginia, 23228.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Affidavit and Attachment B, fully incorporated by reference herein

**YOU ARE COMMANDED** to execute this warrant on or before __March 24, 2022__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Elizabeth W. Hanes__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 03/10/2022 11:35 am

/s/ Elizabeth W. Hanes
*Judge's signature*

City and state: Richmond, Virginia

Elizabeth W. Hanes
United States Magistrate Judge
*Printed name and title*

| Return |||
|---|---|---|
| Case No.: 3:22SW 39 | Date and time warrant executed: March 21, 2022, 7:08 AM | Copy of warrant and inventory left with: FBI Richmond |
| Inventory made in the presence of: |||

Inventory of the property taken and name(s) of any person(s) seized:

- Digital evidence in keeping with the search warrant
- Samsung cellphone IMEI 354991110513423

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/21/22

_Executing officer's signature_

Kathryn Camilliere, Special Agent
_Printed name and title_